## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*, | ) Case No.: 1:21-cv-00601-RJL |
| | ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF APPEAL** |
| | ) |
| v. | ) |
| MARTHA WILLIAMS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Please take notice that plaintiffs American Forest Resource Council, Association of O&C Counties, Douglas County, Lewis County, Siskiyou County, and Skamania County appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order in this case entered June 24, 2022, and the accompanying Memorandum Opinion of the same date, granting Defendants' Motion to Dismiss Claims as Moot (ECF No. 39), denying Plaintiffs' Motion for Leave to File Second Complaint (ECF No. 26), and denying as moot Plaintiffs' Motion for Summary Judgment (ECF No. 13).

Dated: August 9, 2022

Respectfully submitted,

By: */s/ Tyler G. Welti*
Tyler Welti
D.C. Bar #1015691; D.C. Cir. Ct. App. #1015691
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
tgwelti@venable.com
415.653.3714
415.653.3755 (fax)

*Attorney for Plaintiff American Forest Resource Council, Association of O&C Counties, and Siskiyou County*

By: */s/ Dominic M. Carollo*

Dominic M. Carollo,
USDC-DC #OR0011; DC Cir. Ct. App.
#62507
630 SE Jackson Street, Suite 1
P.O. Box 2456
Roseburg, Oregon 97470
dcarollo@carollolegal.com
541.957.5900
541.957.5923 (fax)

*Special Counsel for Douglas County*


By:  */s/ Susan Elizabeth Drummond*

Susan Elizabeth Drummond
(*Pro Hac Vice*); DC Cir. Ct. App. #56482;
WSBA #30689
LAW OFFICES OF SUSAN
ELIZABETH DRUMMOND, PLLC
12224 NE Bel Red Road
Bellevue, Washington 98009-3157
susan@susandrummond.com
206.310.4709

*Special Counsel for Lewis County and
Skamania County*